```
                     UNITED STATES BANKRUPTCY COURT
                      NORTHERN DISTRICT OF GEORGIA
                          ROME   DIVISION
```

```
IN RE:  BOBBY E. AMOS AND          {   CHAPTER 13
        MELISSA D. AMOS,           {
                                   {
        DEBTOR(S)                  {   CASE NO. R10-40114PWB
                                   {
                                   {   JUDGE BONAPFEL
```

**OBJECTION TO CONFIRMATION**

COMES NOW MARY IDA TOWNSON, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

1. The Debtor(s)' payments under the proposed plan are not current.

2. The Plan as proposed will extend beyond sixty (60) months, contrary to 11 U.S.C. Section 1322(d). (66 months).

3. The Trustee requests that the plan provide for any tax refunds received during the applicable commitment period of the plan be remitted to the plan or, in the alternative, that the Debtor(s) adjust the tax withholding and increase the plan payment accordingly.  11 U.S.C. §1325(a)(3).  Specifically, the Trustee requests that the plan be amended to state: Any tax refund that is issued to the Debtor(s) during the applicable commitment period shall be paid into the Chapter 13 case. Further, the Debtor(s) instructs and authorizes the Internal Revenue Service or any other applicable tax agency to send any refund issued during the applicable commitment period directly to the Chapter 13 Trustee.

4. The payout of the claim(s) owed to Cash Store and Roswell Broker will extend beyond sixty (60) months, contrary to 11 U.S.C. Section 1322(d); specifically, the debt secured by a 2002 Stratus.

Mary Ida Townson, Chapter 13 Trustee
Suite 2700 – 100 Peachtree Street, N.W.
Atlanta, Georgia  30303
(404) 525-1110
albertg@atlch13tt.com

  WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny confirmation of this Debtor's(s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

March 1, 2010

                  _____/s_____
                  Albert C. Guthrie, Esq.
                  for Chapter 13 Trustee
                  GA Bar No. 142399

Mary Ida Townson, Chapter 13 Trustee
Suite 2700 – 100 Peachtree Street, N.W.
Atlanta, Georgia  30303
(404) 525-1110
albertg@atlch13tt.com

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served

DEBTOR(S):

BOBBY E. AMOS
115 GRASSDALE RD
CARTERSVILLE, GA 30120

MELISSA D. AMOS
115 GRASSDALE RD
CARTERSVILLE, GA 30120

ATTORNEY FOR DEBTOR(S):

FULLER & MCKAY
106 EAST 8TH AVE
P.O. BOX 1654
ROME, GA 30162-6063

in the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 1st   day of March, 2010

　　　　/s _____

Mary Ida Townson, Chapter 13 Trustee
Suite 2700 – 100 Peachtree Street, N.W.
Atlanta, Georgia  30303
(404) 525-1110
albertg@atlch13tt.com